USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/29/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

NANCY METZLER, in her capacity as executor for the Estate of Narinder Singh; SHALU ARJOMAND, in her capacity as executor for the Estate of Narinder Singh,

                Defendants.

22 Civ. 8325 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 3, 2022, the Court ordered the parties to submit a joint letter and a proposed case management plan by November 28, 2022. ECF No. 8. Those submissions are now overdue. Accordingly, by **December 5, 2022**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: November 29, 2022
        New York, New York

                                      ANALISA TORRES
                                United States District Judge