```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

NANCY METZLER, in her capacity as executor for the Estate of Narinder Singh; SHALU ARJOMAND, in her capacity as executor for the Estate of Narinder Singh,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/2/2023__

22 Civ. 8325 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed stipulation and order. ECF No. 34. The parties' submission states that "[t]he Court shall retain jurisdiction over all matters concerning this [s]tipulation." *Id.* ¶ 18. To the extent the parties wish for the Court to retain jurisdiction for the purpose of enforcing the parties' stipulation, the Court shall only retain jurisdiction for that purpose for one year. Accordingly, by **August 8, 2023**, the parties shall file a revised proposed stipulation and order that either conforms to this order or deletes Paragraph 18.

    SO ORDERED.

Dated: August 2, 2023
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge