UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

NANCY METZLER, in her capacity as executor for the Estate of Narinder Singh; SHALU ARJOMAND, in her capacity as executor for the Estate of Narinder Singh,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/4/2023
```

22 Civ. 8325 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed stipulation and order. ECF No. 36. On August 2, 2023, the Court ordered the parties to file a revised proposed stipulation by August 8, 2023. ECF No. 35 (citing ECF No. 34). The parties have modified the proposed stipulation to specify that the Court shall only retain jurisdiction over the stipulation for one year, ECF No. 36 ¶ 18, but they have not edited the stipulation to state that the Court shall retain jurisdiction for the purpose of enforcing the parties' stipulation as directed by the Court's August 2, 2023 order, *id.* ("The Court shall retain jurisdiction over all matters concerning this [s]tipulation . . . ."). Accordingly, by **August 8, 2023**, the parties shall file a revised proposed stipulation.

    SO ORDERED.

Dated: August 4, 2023
       New York, New York

                                          ANALISA TORRES
                                  United States District Judge